**UNITED STATES DISTRICT COURT**     **MAKE JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

**CASE NO.: EDCV-13-772-R**                                                     **Date:** **JUNE 17, 2013**

**TITLE: MAHAMAT FADOUL DJOUMA V. CRST VAN EXPEDITED INC**
==================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Michele Jackson

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for lack of subject matter jurisdiction

The Court ORDERS this action DISMISSED, without prejudice to Plaintiff filing the action in state court, for lack of federal subject matter jurisdiction, for reasons as stated on the record.

4 min

**MINUTES FORM 90**                                             Initials of Deputy Clerk   WH
**CIVIL -- GEN**